# IN THE SUPREME COURT OF THE STATE OF NEVADA

BILLY JOE FLETCHER,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 74741

FILED

MAR 0 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents before this court indicate that a postconviction petition for a writ of habeas corpus has not been filed in district court case number C163409, the designated district court case number, since June 26, 2001. Notice of entry of the findings of fact, conclusions of law, and order was filed on August 2, 2001. Thus, to the extent appellant appeals from this order, the appeal is untimely. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Further, review of the district court minute entries reveals that the district court has not entered any other appealable order in the

18-08928

underlying matter. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Susan Johnson, District Judge
Billy Joe Fletcher
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk